UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-00089-JMS-DLP |
| | ) | |
| SEAN MCNELLYE (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [103] recommending that Sean McNellye's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garica's Report and Recommendation dkt [103]. The Court finds that Mr. McNellye committed Violation Numbers 1, 2, 3, 4, and 5 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [82 and 93]. The Court dismisses Violation Numbers 6, 7 and 8 at dkt [97]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. McNellye is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Court recommends placement at FCI Terre Haute, satellite camp

Date: 5/3/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal